EASTERN DISTRICT OF TENNESSEE


IN RE:   UNCLAIMED FUNDS                                    CHAPTER 13
         SEPTEMBER 30, 2016

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS TO THE CLERK OF COURT


    The following checks have been outstanding for more than 90 days and
Pursuant to 11 U.S.CO. Section 347 the funds are being paid to the Clerk of the
Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| **Melissa Ann Avans** | | | | |
| 1866494 | 400/001 | 06-13820 NWW | Hutcheson Medical Ctr ATTN:  Kevin Hopkins 100 Gross Crescent Circle Fort Oglethorpe, GA  30742-3643 | $ 1,078.25 |
| **Julie Marie Bates** | | | | |
| 1866494 | 400/007 | 08-12960 SDR | Nationwide Collection 805 Virginia Ave Ste 1 Fort Pierce, FL  34982 | $  28.70 |
| **Loretta Gay Murdock** | | | | |
| 1866494 | 400/999 | 09-17904 NWW | Loretta Gay Murdock 11101 Ooltewah Georgetown Rd Georgetown, TN  37336 | $  365.74 |
| **Quentin Dion Thomas** | | | | |
| 1866494 | 400/999 | 10-15614 NWW | Quentin Dion Thomas 7538 Sandy Creek Lane Ooltewah, TN  37363 | $   7.41 |
| **Arthur  (NMI) Coefield Jr** | | | | |
| 1866494 | 400/004 | 10-16440 NWW | Community Credit Serv 42 Reads Way Ste 125 New Castle, DE  19720 | $  109.38 |

CONTINUED ON NEXT PAGE

| | | | | |
|---|---|---|---|---|
| Brian Mitchell Owen | | | | |
| 1866494 | 400/026 | 10-16811 NWW | United Credit Recovery<br>PO Box 953245<br>Lake Mary, FL 32795-3245 | $ 31.39 |
| Michael Anthony Revis | | | | |
| 1866494 | 400/004 | 11-10419 SDR | SLM Financial<br>%Transworld Systems<br>PO Box 12103<br>Trenton, NJ 08650 | $ 1,578.53 |
| Michael Anthony Revis | | | | |
| 1866494 | 401/005 | 11-10419 SDR | SLM Financial<br>%Transworld Systems<br>PO Box 12103<br>Trenton, NJ 08650 | $ 495.12 |
| Kathy Ann Branam | | | | |
| 1866494 | 401/010 | 11-12295 NWW | Richard Medlin<br>44 Inman Street Ste E<br>Apt 509<br>Cleveland, TN 37311-6077 | $ 2,911.22 |
| Felicia Nicole Washington | | | | |
| 1866494 | 400/007 | 11-12341 NWW | Memorial Healthcare<br>PO Box 211695<br>Dallas, TX 75211 | $ 367.72 |
| Calvin Davis Ermer | | | | |
| 1866494 | 400/001 | 11-12846 NWW | Ringgold Telephone<br>PO Box 869<br>6203 Alabama Hwy<br>Ringgold, GA 30736-2805 | $ 18.51 |
| Dareus Chaz Barnhill | | | | |
| 1866494 | 401/999 | 11-13825 SDR | Dareus Chaz Barnhill<br>1211 Hazelwood Street<br>Apartment D63<br>Murfreesboro, TN 37130 | $ 150.00 |
| Sandra Faye Witzel | | | | |
| 1866494 | 400/012 | 11-14093 SDR | Baptist Hospital<br>%ACI<br>PO Box 148240<br>Nashville, TN 37214 | $ 69.13 |

CONTINUED ON NEXT PAGE

Tammie Denise Dietz
1866494          400-999          11-15306 SDR          Tammie Denise Dietz          $    5.15
                                                        %Kenneth R Lawson Esq
                                                        3335 Ringgold Road
                                                        Chattanooga, TN  37412

Jerry Wayne Hutchins
1866494          400/005          11-16393 SDR          Sequatchie Co EMS          $  127.33
                                                        PO Box 1584
                                                        Dunlap, TN  37327

Keya Wan Martin
1866494          400/004          12-12893 NWW          CBSC Inc          $   56.08
                                                        PO Box 2818
                                                        North Canton, OH  44720

Michael E Sullivan
1866494          400/999          12-13616 NWW          Michael E Sullivan          $ 1,096.91
                                                        PO Box 384
                                                        Crandall, GA  30711

Vicky Jo Massey
1866494          400/999          12-13826 SDR          Vicky Jo Massey          $   10.00
                                                        2408 Jefferson Avenue
                                                        Knoxville, TN  37917

Loraine Combs Morfield
1866494          400/999          12-14042 NWW          Loraine Combs Morfield          $ 1,809.53
                                                        2009 Layman Road
                                                        Apt 60
                                                        Athens, TN  37303-4981

Isabell Sarah Westfield
1866494          400/999          13-10062 SDR          Isabell Sarah Westfield          $  424.12
                                                        1281 Blythe Avenue SE
                                                        Cleveland, TN  37311

Charity Faith Parris
1866494          400/004          13-10115 SDR          United Services          $   95.39
                                                        2807 Saint Marys View Rd
                                                        Accokeek, MD  20607-3768

CONTINUED ON NEXT PAGE

Tonya Monique Bullocks

| | | | | |
|---|---|---|---|---|
| 1866494 | 400/999 | 13-11200 SDR | Tonya Monique Bullocks<br>%W Thomas Bible Jr Esq<br>6918 Shallowford Rd Ste 100<br>Chattanooga, TN  37421 | $  405.15 |

Shannon Louise Smith

| | | | | |
|---|---|---|---|---|
| 1866494 | 401/999 | 13-12143 NWW | Shannon Louise Smith<br>3000 Old Highway 58<br>#55<br>Georgetown, TN  37336 | $  96.81 |

Titus Lorenzo Bates III

| | | | | |
|---|---|---|---|---|
| 1866494 | 401/999 | 14-11141 SDR | Titus Loranzo Bates III<br>178 Bonnie Circle<br>Toney, AL  35573 | $  5.15 |

Likasha Denise Hughes

| | | | | |
|---|---|---|---|---|
| 1866494 | 400/006 | 14-11728 SDR | State Farm Fire & Casualty Co<br>%Morgan & Pottinger PC<br>2401 Stanley Gault Pkwy<br>Louisville, KY  40223 | $ 1,427.73 |

TOTAL                                            $12,770.45

KARA L. WEST, TRUSTEE
**KARA L. WEST TRUSTEE**